CASE NO. 2-22-02045

# CERTIFICATE OF SERVICE

I, Gini L. Downing _____ (name), certify that service of this summons and a copy of the complaint was made February 4, 2022 _____ (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Dot Foods
1 Dot Way
Mt. Sterling, IL 62353

Dot Foods
Attn: Martin Truong, VP, Legal
1 Dot Way
Mt. Sterling, IL 62353

William E. (Bill) Brueckner
Local Counsel
Woods Oviatt Gillman
1900 Bausch & Lomb Place
Rochester, NY 14604

Liz Tracy, Assoc. Legal Counsel
Dot Foods, Inc.
1 Dot Way
Mt. Sterling, IL 62353

☒ Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:

Dot Foods, Inc.
Attn: Joe Tracy, CEO & Dick Tracy, President
1 Dot Way
P.O. Box 192
Mt. Sterling, IL 62353

Dot Foods, Inc.
Attn: Donald R. Tracy
205 S. Fifth St Ste 700
Springfield, IL 62701

Dot Foods, Inc.
c/o Richard L. Tracy
17050 Baxter Rd
Chesterfield MO 63005

Dot Foods, Inc.
c/o James W. Tracy
1 Dot Way
PO Box 192
Mt. Sterling IL 62353

I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date     February 4, 2022     Signature     /s/ Gini L. Downing

Print Name:     Gini L. Downing
                Pachulski Stang Ziehl & Jones LLP
                10100 Santa Monica Blvd.
                13th Floor
Business Address:     Los Angeles, CA 90067

DOCS_LA-342029.1 75015/003
Case 2-22-02045-PRW, Doc 9, Filed 03/02/22, Entered 03/02/22 11:25:03, Description: Main Document, Page 1 of 2

## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Dot Foods, Inc.
Attn: Donald R. Tracy
205 S. Fifth St Ste 700
Springfield, IL 62701

9590 9402 3367 7227 2941 45

2. Article Number (Transfer from service label)
7017 2400 0000 3936 6954

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X *Brett Vican* ☐ Agent ☐ Addressee
B. Received by (Printed Name): *Brett Vican*
C. Date of Delivery: FEB 08 2022
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type:
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☒ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☒ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

## Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Dot Foods, Inc.
c/o James W. Tracy
1 Dot Way
PO Box 192
Mt. Sterling IL 62353

9590 9402 3367 7227 2941 21

2. Article Number (Transfer from service label)
7017 2400 0000 3936 6930

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X *Greg Dunn* ☐ Agent ☐ Addressee
B. Received by (Printed Name): *Greg Dunn*
C. Date of Delivery:
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type:
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☒ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt